O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omaha Steaks International, Inc., a Nebraska Corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>Anshu Pathak, an individual; Omaha Beef Company, Inc., a California Corporation; Gormet Meat & Seafood inc., a California Corporation; Omaha Beef & Alaska Seafood, Inc., a California corporation; Howie G's Signature Steaks, an entity of unknown origin; Mark Irig, an individual; and Does 1 through 10 inclusive,<br><br>                Defendants. | CV 03-1401 RSWL (RZx)<br><br>**ORDER Re: Plaintiff's Motion to Compel Responses of Judgment Debtor Anshu Pathak to Judgment Creditor Omaha Steaks International Inc.'s Post-Judgment Inspection Demands and Interrogatories and for Award of Monetary Sanctions [140, 142]** |

    Plaintiff Omaha Steaks International, Inc.'s ("Plaintiff") Motions to Compel Responses of Judgment Debtor Anshu Pathak ("Pathak") to Post-Judgment Inspection Demands and Interrogatories and for Award of

1

Monetary Sanctions was set for hearing on December 1, 2010.  Having taken the matter under submission on November 30, 2010, and having reviewed all papers submitted pertaining to these Motions, the Court **NOW FINDS AND RULES AS FOLLOWS:**

    This Court **GRANTS** Plaintiff's Motions to Compel Responses to Post-Judgment Inspection Demands and Interrogatories.  Pathak has failed to answer without justification Plaintiff's Post-Judgment Inspection Demands and Interrogatories, first served to Pathak on April 7, 2010.  Accordingly, Pathak shall provide responses to these Post-Judgment Inspection Demands and Interrogatories to the extent that he has not complied with these requests as of the date of this Order. Pathak has twenty days from the date of this Order to provide these responses to Plaintiff.

    The Court finds that Pathak's failure to answer the Post-Judgment requests was not substantially justified. Moreover, the Court finds that an award of monetary sanctions here against Pathak would not be unjust. However, the Court finds that an award of sanctions in

///
///
///
///
///
///

the amount of $975 is appropriate. Pathak is hereby ordered to pay Plaintiff **$975** in monetary sanctions.

DATED: December 17, 2010
**IT IS SO ORDERED.**

                                      RONALD S.W. LEW
                               **HONORABLE RONALD S.W. LEW**
                               Senior, U.S. District Court Judge