O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omaha Steaks International, Inc., a Nebraska Corporation,<br>　　　　Plaintiff,<br>　　v.<br><br>Anshu Pathak, an individual; Omaha Beef Company, Inc., a California Corporation; Gourmet Meat & Seafood inc., a California Corporation; Omaha Beef & Alaska Seafood, Inc., a California Corporation; Howie G's Signature Steaks, an entity of unknown origin; Mark Irig, an individual; and Does 1 through 10 inclusive,<br>　　　　Defendants. | CV 03-1401 RSWL (RZx)<br><br>**ORDER [150]** |

　　Plaintiff Omaha Steaks International, Inc.'s Motion for Order to Show Cause re: Contempt Against Defendant and Judgment Debtor Anshu Pathak for His Failure to Appear and Produce Documents at His Continued Judgment Debtor's Examination was set for hearing on February 1,

2011 [150].  Having taken this matter under submission on January 24, 2011, and having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff's Motion for an Issuance of an Order to Show Cause is **GRANTED**.  The Order to Show Cause Hearing re: Contempt is set for **April 5, 2011 at 10:00 a.m**, in the above captioned Court.  Should Defendant fail to appear on this date for the Order to Show Cause Hearing, the Court will issue a warrant for his arrest.

The Court further finds that Defendant's failure to attend the November 30, 2010 continued Judgment Debtor's examination is without good cause.  As such, Plaintiff is awarded attorney's fees incurred in connection with Defendant's failure to appear at the November 30, 2010 examination in the amount of **$1,375.00.** See Cal. Civ. Proc. Code § 708.170(a)(2).

**IT IS SO ORDERED.**

Dated: March 4, 2011

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge