O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omaha Steaks International, Inc., a Nebraska Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Anshu Pathak, et al.,<br><br>  Defendants. | CV 03-1401 RSWL (RZx)<br><br>**ORDER RE: Defendant's *Ex Parte* Application to Vacate June 14, 2011 Hearing of Civil and Criminal Contempt Against Defendant [164]** |

Defendant Anshu Pathak filed an *Ex Parte* Application to Vacate June 14, 2011 Hearing of Civil and Criminal Contempt Against Defendant with this Court on June 8, 2011 [164]. Having reviewed all the papers submitted pertaining to this Application, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Defendant's *Ex Parte* Application is **DENIED**. The Court finds Defendant has failed to show that just grounds exist for granting this Application to vacate the scheduled June 14, 2011 hearing.

///
///

1

Accordingly, the Court **DENIES** Defendant's *Ex Parte* Application.

**IT IS SO ORDERED.**

Dated: June 13, 2011

                              RONALD S.W. LEW
                           _____
                           **HONORABLE RONALD S.W. LEW**
                           Senior, U.S. District Court Judge