O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omaha Steaks International, Inc., a Nebraska Corporation,<br><br>   Plaintiff,<br><br>  v.<br><br><br>Anshu Pathak, et. al.,<br><br>   Defendants. | CV 03-1401 RSWL (RZx)<br><br>**JUDGMENT AND COMMITMENT ORDER** |

  On June 14, 2011, the Court found Defendant Anshu Pathak in criminal contempt of this Court's November 16, 2010 Order. As such, the Court sentences Defendant to thirty (30) days incarceration, with seven days credit for time served.

**IT IS SO ORDERED.**

Dated: June 14, 2011

          RONALD S.W. LEW
_____
         **HONORABLE RONALD S.W. LEW**
         Senior, U.S. District Court Judge

**cc: USPO, USM**

1