O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Omaha Steaks International, Inc., a Nebraska Corporation, | ) ) ) | CV 03-1401 RSWL (RZx) |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) ) | |
| Anshu Pathak, et al., | ) ) ) | |
| Defendants. | ) | |

On August 11, 2011, the Court issued an Order requesting that Plaintiff Omaha Steaks International, Inc. ("Plaintiff") update the Court on its progress with regard to Plaintiff's Request for Issuance of a Writ of Execution [168]. On August 15, 2011, Plaintiff submitted a Status Report in response to the Court's Order [176]. In Plaintiff's Status Report, Plaintiff stated that it intended to file a renewed request for issuance of writ of execution. Concurrently, Plaintiff also filed a Notice of Withdrawal of Request for Order

1

for Levy on Defendant Anshu Pathak's Bank Account [177].  Since that date, Plaintiff has taken no action with regard to its Request for Issuance of a Writ of Execution.  As such, Plaintiff is ordered to update the Court as to its progress with regard to this Request for Issuance of a Writ of Execution and the pending Ex Parte Application for Leave to Levy Execution by Process Server [162].

    The Court orders Plaintiff to submit its responses to this Order to the Court no later than March 19, 2012.

**IT IS SO ORDERED.**

Dated: February 29, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2