FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
    tbrackey@freundandbrackey.com
Craig A. Huber (SBN 159763)
    cahuber@freundandbrackey.com
Joshua G. Zetlin (SBN 273086)
    jzetlin@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA  90210
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Plaintiff,
    OMAHA STEAKS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAHA STEAKS INTERNATIONAL, INC., a Nebraska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANSHU PATHAK, et al.<br><br>Defendants. | Case No. CV 03-1401 RSWL (RZx)<br><br>[Hon. Ronald S.W. Lew – Ctrm. 21]<br><br>**RENEWAL OF JUDGMENT BY COURT** |

    Judgment Debtors, ANSHU PATHAK and MARK IHRIG, each individuals (hereinafter referred to together as "Debtors"), having had a judgment entered against them on September 22, 2004 in the matter of *Omaha Steaks International Inc. v. Anshu Pathak, et al*. (Case No. CV 03-1401 RSWL (RZx)) (the "Judgment"); and

    Upon consideration of the Application of Judgment Creditor OMAHA STEAKS INTERNATIONAL, INC., (hereinafter referred to as "Omaha Steaks"), for Renewal of Judgment;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment against the Debtors be renewed with respect to the monetary portion of the Judgment as follows:

Renewal of Money Judgment:

    a.    Total Judgment (including attorney's fees, costs, and pre-judgment interest)……………………………..…$ 125,640.34

    b.    Costs after Judgment………………………………….…$ 0.00

    c.    Interest after Judgment computed through July 14, 2014 at 2.09%, accruing at $7.19 per day……………………$ 25,740.20

    d.    Less credits after Judgment………………………….…$ 0.00

    e.    Subtotal………………………………………………..$ 151,380.54

    f.    Total Renewed Judgment as to Anshu Pathak……….$ 75,690.27

    g.    Total Renewed Judgment as to Mark Ihrig………..…$ 75,690.27

    h.    Total Renewed Judgment………….………………$ 151,380.54

Dated: July 17, 2014        By:    RONALD S.W. LEW
                                          Hon. Ronald S.W. Lew
                                          Senior U.S. District Judge